*In the Matter of the Guardianship of* HELEN PAULINE
HERKE.

MARY JANE CRAIGEN, ET AL., *Appellants*, v. HALVERSON &
APPLEGATE, P.S., *Respondent.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 93-2-00074-6, Michael W. Leavitt, J., entered

July 24, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.